UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

STEVEN A. SILNUTZER, P.C.
335 E. Jimmie Leeds Road
Bldg. 200, Suite C
Galloway, NJ 08205
(609) 748-6100
Attorney for Debtor:
Steven A. Silnutzer, Esq.    SAS-0833

---

In Re:

Wanda K. Lee- Jackson

Case No.:  __18-32162__

Judge:  ____JNP____

Chapter:  13

---

# CHAPTER 13 DEBTOR=S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.    ☒ Motion for Relief from the Automatic Stay filed by ___Quicken Loans, creditor,

    A hearing has been scheduled for ___April 2, 2019___, at __ 10:00 am.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____, I

    am requesting a hearing be scheduled on this matter.

2.    I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $_____, but have not

    been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

I have been working two jobs since I filed this Bankruptcy. One job is part time and one job is full time. I have been receiving all of my pay-stubs from my part time job. Unfortunately, my full time job was affected by the government shut down earlier this year. I was not paid for 2 months. I am slowly getting back the money that I am owed but I am still owed for part of the time I worked during the shutdown.

☒ **Other (explain your answer):**
I am in the process of catching up with the missed mortgage payments. I believe that I could bring the account current over 6 months.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: __3/13/2018__

/s/Wanda Lee Jackson -Debtor

Date: _____

Debtor

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.