Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  18–32162–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wanda K. Lee– Jackson
   aka Wanda K. Pereira
   1006 Scarborough Drive Egg Hbr
   Twp, NJ 08234

Social Security No.:
   xxx–xx–4681

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:          July 9, 2019
Time:          10:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*47* – Objection to Application for Extension of Loss Mitigation Period (related document:46 Application for Extension of Loss Mitigation Period. Filed by Steven A. Silnutzer on behalf of Wanda K. Lee– Jackson. Objection deadline is 6/27/2019. (Attachments: # 1 Proposed Order) filed by Debtor Wanda K. Lee– Jackson) filed by Denise E. Carlon on behalf of Quicken Loans Inc.. (Attachments: # 1 Exhibit Loss Mitigation Order # 2 Exhibit Denial Notice # 3 Exhibit Order Curing Post–Petition Arrears # 4 Certificate of Service) (Carlon, Denise)

and transact such other business as may properly come before the meeting.

Dated: June 27, 2019
JAN: jpl

                         Jeanne Naughton
                         Clerk