Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−32162−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Wanda K. Lee− Jackson
 aka Wanda K. Pereira
 1006 Scarborough Drive Egg Hbr
 Twp, NJ 08234

Social Security No.:
 xxx−xx−4681

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:    July 9, 2019
Time:    10:00 AM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*47* – Objection to Application for Extension of Loss Mitigation Period (related document:46 Application for Extension of Loss Mitigation Period. Filed by Steven A. Silnutzer on behalf of Wanda K. Lee− Jackson. Objection deadline is 6/27/2019. (Attachments: # 1 Proposed Order) filed by Debtor Wanda K. Lee− Jackson) filed by Denise E. Carlon on behalf of Quicken Loans Inc.. (Attachments: # 1 Exhibit Loss Mitigation Order # 2 Exhibit Denial Notice # 3 Exhibit Order Curing Post−Petition Arrears # 4 Certificate of Service) (Carlon, Denise)

and transact such other business as may properly come before the meeting.


Dated: June 27, 2019
JAN: jpl

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-32162-JNP
Wanda K. Lee- Jackson                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jun 27, 2019
                              Form ID: 173             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2019.
db              Wanda K. Lee- Jackson,    1006 Scarborough Drive Egg Hbr,    Twp, NJ  08234

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2019 at the address(es) listed below:
    Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
    Steven A. Silnutzer    on behalf of Debtor Wanda K. Lee- Jackson stevenasil2000@yahoo.com, G28047@notify.cincompass.com;silnutzerlaw@gmail.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5