UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Quicken Loans Inc.

**Order Filed on July 12, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Wanda K. Lee-Jackson, Calvin A. Jackson

Debtors.

Case No.: 18-32162 JNP

Adv. No.:

Hearing Date: 7/9/19 @ 10:00 a.m..

Judge: Jerrold N. Poslusny Jr.

# ORDER RESOLVING OBJECTION TO THE APPLICATION TO EXTEND LOSS MITIGATION PERIOD

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 12, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:   Wanda K. Lee-Jackson, Calvin A. Jackson
Case No:  18-32162 JNP
Caption of Order:  ORDER RESOLVING OBJECTION TO THE APPLICATION TO EXTEND LOSS MITIGATION PERIOD
_____

  This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Quicken Loans Inc., Denise Carlon appearing, upon an objection to the application to extend loss mitigation period as to real property located at 1006 Scarborough Drive, Egg Harbor Township, NJ, 08234, and it appearing that notice of said objection was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Steven A. Silnutzer, Esquire, attorney for Debtors, and for good cause having been shown

  It is **ORDERED, ADJUDGED and DECREED** that the Debtor is to submit a new, complete package by 7/15/19 via the DMM portal with a copy e-mail to counsel for Secured Creditor; and

  It is further **ORDERED, ADJUDGED and DECREED** that the Secured Creditor will provide a decision no later than 7/31/19; and

  It is further **ORDERED, ADJUDGED and DECREED** that loss mitigation program is extended through 7/31/19 with these conditions; and

  It is further **ORDERED, ADJUDGED and DECREED** that the objection to application to extend loss mitigation period is hereby resolved.