| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Quicken Loans Inc. | **Order Filed on July 12, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>    Wanda K. Lee-Jackson, Calvin A. Jackson<br><br>Debtors. | Case No.: 18-32162 JNP<br><br>Adv. No.:<br><br>Hearing Date: 7/9/19 @ 10:00 a.m..<br><br>Judge: Jerrold N. Poslusny Jr. |

## ORDER RESOLVING OBJECTION TO THE APPLICATION TO EXTEND LOSS MITIGATION PERIOD

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 12, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:   Wanda K. Lee-Jackson, Calvin A. Jackson
Case No:  18-32162 JNP
Caption of Order:  ORDER RESOLVING OBJECTION TO THE APPLICATION TO EXTEND LOSS MITIGATION PERIOD
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Quicken Loans Inc., Denise Carlon appearing, upon an objection to the application to extend loss mitigation period as to real property located at 1006 Scarborough Drive, Egg Harbor Township, NJ, 08234, and it appearing that notice of said objection was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Steven A. Silnutzer, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that the Debtor is to submit a new, complete package by 7/15/19 via the DMM portal with a copy e-mail to counsel for Secured Creditor; and

It is further **ORDERED, ADJUDGED and DECREED** that the Secured Creditor will provide a decision no later than 7/31/19; and

It is further **ORDERED, ADJUDGED and DECREED** that loss mitigation program is extended through 7/31/19 with these conditions; and

It is further **ORDERED, ADJUDGED and DECREED** that the objection to application to extend loss mitigation period is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Wanda K. Lee- Jackson  
      Debtor

Case No. 18-32162-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jul 12, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2019.  
db         Wanda K. Lee- Jackson,    1006 Scarborough Drive Egg Hbr,    Twp, NJ  08234

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2019 at the address(es) listed below:  
           Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Steven A. Silnutzer    on behalf of Debtor Wanda K. Lee- Jackson stevenasil2000@yahoo.com, G28047@notify.cincompass.com;silnutzerlaw@gmail.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                            TOTAL: 5