Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–32162–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wanda K. Lee– Jackson
   aka Wanda K. Pereira
   1006 Scarborough Drive Egg Hbr
   Twp, NJ 08234

Social Security No.:
   xxx–xx–4681

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              October 1, 2019
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

**55** – Certification in Opposition to Certification of Default by Quicken Loans (related document:54 Creditor's Certification of Default (related document:43 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Quicken Loans Inc.. Objection deadline is 08/30/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Quicken Loans Inc.) filed by Steven A. Silnutzer on behalf of Wanda K. Lee– Jackson. (Attachments: # 1 Exhibit Employer Letter RE: Raise and Full Time Status and Appeal of VA Benefits) (Silnutzer, Steven)

and transact such other business as may properly come before the meeting.


Dated: September 4, 2019
JAN: eag

                                                                Jeanne Naughton
                                                                Clerk