Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  18−32162−JNP
                              Chapter:  13
                              Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wanda K. Lee− Jackson
   aka Wanda K. Pereira
   1006 Scarborough Drive Egg Hbr
   Twp, NJ 08234

Social Security No.:
   xxx−xx−4681

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/2/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 2, 2019
JAN: bc

                                                                         Jeanne Naughton
                                                                        Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                             Case No. 18-32162-JNP
Wanda K. Lee- Jackson                                              Chapter 13
                      Debtor         CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 2                  Date Rcvd: Oct 02, 2019
                              Form ID: 148                 Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2019.
db             Wanda K. Lee- Jackson,    1006 Scarborough Drive Egg Hbr,    Twp, NJ 08234
aty           +Kevin G McDonald Esq,    Sentry Office Plaza,   216 Haddon Avenue,    Suite 406,
               Westmont, NJ 08108-2812
lm             Quicken Loans,    935 Woodward Avenue,    Detroit, MI 48226
517944173     +COMCAST,    PO BOX 1931,   Burlingame, CA 94011-1931
517859529     +Egg Harbor Twp. MUA,    3515 Bargaintown Rd,    Egg Harbor Township, NJ 08234-8321
517859530      Kivitz, McKeever Lee P.C.,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
518199279     +New York State Department of Labor,     PO Box 611,   Albany, NY 12201-0611
517875004     +Quicken Loans Inc.,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
               Westmont, NJ 08108-2812
517859532      Receivables Collection,    Main Street Radiology at Bayshore,    170 Jericho Tpke,
               Floral Park, NY 11001-2024
517859533      Serenity Funeral Home,    414 S Main St,    Pleasantville, NJ 08232-3032
517859534      South Jersey Gas Company,    PO Box 6091,    Bellmawr, NJ 08099-6091
517859536      Unemployment Insurance Division,    Benefit Collections,    Unit PO Box 1195,
               Albany, NY 12201-1195

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 03 2019 00:29:25      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 03 2019 00:29:20      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517859525      E-mail/Text: bankruptcy@pepcoholdings.com Oct 03 2019 00:28:49      Atlantic City Electric,
               Attn: Bankruptcy / Revenue Recovery,    5 Collins Dr Ste 2133,   Carneys Point, NJ 08069-3600
517871397      E-mail/Text: bankruptcy@pepcoholdings.com Oct 03 2019 00:28:49
               Atlantic City Electric Company,    Pepco Holdings, Inc.,
               Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
               Carneys Point, NJ 08069-3600
517870509     +EDI: AISACG.COM Oct 03 2019 03:43:00      Capital One Auto Finance, a division of,
               AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
517859526     +EDI: COMCASTCBLCENT Oct 03 2019 03:43:00      Comcast Cable Communications,   1 Comcast Ctr,
               Philadelphia, PA 19103-2833
517859527      EDI: RCSFNBMARIN.COM Oct 03 2019 03:43:00      Credit One Bank,   PO Box 98875,
               Las Vegas, NV 89193-8875
517859527      E-mail/PDF: creditonebknotifications@resurgent.com Oct 03 2019 00:31:22       Credit One Bank,
               PO Box 98875,   Las Vegas, NV 89193-8875
517903330      EDI: JEFFERSONCAP.COM Oct 03 2019 03:43:00      Jefferson Capital Systems LLC,   Po Box 7999,
               Saint Cloud Mn 56302-9617
517921187      EDI: RESURGENT.COM Oct 03 2019 03:43:00      LVNV Funding, LLC,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
517921187      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 03 2019 00:33:13       LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517859531      E-mail/Text: bankruptcyteam@quickenloans.com Oct 03 2019 00:29:48      Quicken Loans,
               1050 Woodward Ave,   Detroit, MI 48226-1906
517888183     +E-mail/Text: bankruptcyteam@quickenloans.com Oct 03 2019 00:29:48      Quicken Loans Inc.,
               635 Woodward Avenue,   Detroit, MI 48226-3408
517859535      EDI: SWCR.COM Oct 03 2019 03:43:00      Southwest Credit Systems,
               4120 International Pkwy # 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517859528     ##Eastern Account Systems,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1          User: admin              Page 2 of 2                   Date Rcvd: Oct 02, 2019
                              Form ID: 148             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Steven A. Silnutzer    on behalf of Debtor Wanda K. Lee- Jackson stevenasil2000@yahoo.com,
               G28047@notify.cincompass.com;silnutzerlaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```