Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                              Case No.: 18–32162–JNP
                                              Chapter:  13
                                              Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wanda K. Lee– Jackson
   aka Wanda K. Pereira
   1006 Scarborough Drive Egg Hbr
   Twp, NJ 08234

Social Security No.:
   xxx–xx–4681

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 9, 2020</u>                    <u>Jerrold N. Poslusny Jr.</u>
                                                Judge, United States Bankruptcy Court